IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10189
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

IVAN DAYLE NORTH,
doing business as Air Space Supply, Inc.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-96-1-A
- - - - - - - - - -
December 11, 1997
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

        Ivan North appeals his sentence after pleading guilty to
mail fraud.  North contends that the district court erred in
calculating the loss which resulted from his conduct.  North also
contends that the district court failed to make adequate factual
findings when it enhanced his sentence under U.S.S.G. § 3B1.1(a)
for being an organizer or leader of criminal activity that was
otherwise extensive.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and the briefs of the parties and hold that the district court's loss calculation was not clearly erroneous.  See United States v. Brown, 7 F.3d 1155, 1159 (5th Cir. 1993); United States v. Marcus, 82 F.3d 606, 610 (4th Cir. 1996).  We further hold that the district court sufficiently articulated the factual basis for its finding that North was an organizer or leader of criminal activity that was otherwise extensive.  Moreover, the district court's finding was not clearly erroneous.  See United States v. Allibhai, 939 F.2d 244, 252-53 (5th Cir. 1991); United States v. Pierce, 893 F.2d 669, 676-77 (5th Cir. 1990).

AFFIRMED.